# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

TERRENCE JERMAINE BELSER
SSAN: XXX-XX-6667

Debtor(s)

Case No. 17-32132-DHW
Chapter 13

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on July 27, 2017.

2. The debtor(s) §341 Meeting of Creditors was held September 14, 2017.

3. The debtor(s) overall pay record is 100%.

(**X**) The following creditor was listed as unsecured, but filed their claim as secured or priority. The debtor(s)' plan fails to make provisions for this claim:

        Creditor: REPUBLIC FINANCE LLC
        Court Claim Number 6
        Claim Amount: $3,785.37
        Claim Filed As: SECURED

(**X**) This case does not appear to be feasible, as Debtor's schedules show that he has insufficient income to fund his plan.

(**X**) Debtor was to amend the plan to reflect an ongoing domestic support obligation.

(**X**) Debtor was to amend the schedules to list household goods, lawn equipment, and a storage building.

(**X**) Debtor was to amend Schedule I to correct his deductions.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this October 10, 2017.

                    Sabrina L. McKinney
                    Chapter 13 Standing Trustee

By: /s/*Audrey L. Willis*
    Audrey L. Willis
    Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: willisa@ch13mdal.com

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this October 10, 2017.

Copy to: DEBTOR(S)
        RICHARD D SHINBAUM

/s/*Audrey L. Willis*
Audrey L. Willis
Staff Attorney