UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 17-32132-DHW
Chapter 13

TERRENCE JERMAINE BELSER,

    Debtor.

# ORDER DENYING CONFIRMATION
# AND CONDITIONALLY DISMISSING BANKRUPTCY CASE

The Chapter 13 plan filed by the debtor came on for confirmation hearing on November 27, 2017. Republic Finance objected to confirmation. For the reasons stated from the bench in open court, it is

ORDERED that the creditor's objection to confirmation is SUSTAINED and confirmation of the plan is DENIED. It is further

ORDERED that that this bankruptcy case is DISMISSED effective *20 days* from the date of this order unless the debtor amends the plan to provide $1,875.00 as the secured claim for Republic Finance.

Done this 28th day of November, 2017.

*[signature]*

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Debtor
Richard D. Shinbaum, Attorney for Debtor
Richard C. Dean, Attorney for Republic Finance
Sabrina L. McKinney, Trustee
All Creditors